**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
MONICA LOVO , as Personal
Representative of the Estate of
Charles D. Scales,

                        Plaintiff,

          -against-                                         23 **CIVIL** 1868 (LLS)

                                                            **JUDGMENT**

INVE STIS DIGITAL INC. ( f/k / a
Investis Inc.) and TRINET HR III ,
INC

                        Defendant.
------------------------------------------------------------------X


          It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion & Order dated October 24, 2023, The Complaint is dismissed for

lack of subject matter jurisdiction. The request for oral argument is denied. Accordingly, the case

is closed.

**Dated:**  New York, New York

          October 30, 2023


                                                  **RUBY J. KRAJICK**
                                                  **Clerk of Court**

                              **BY:**
                                      _____
                                              **Deputy Clerk**